for a writ of certiorari to the Supreme Court of the State of South Dakota denied. *Mr. Humphrey Barton* for petitioner. *Mr. F. M. Miner* and *Mr. W. H. Bremner* for respondent.

No. 478. BLACK MOUNTAIN RAILWAY COMPANY *v.* LEONA MUMPOWER, ADMINISTRATRIX, ETC. October 21, 1918. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. Murray Allen* and *Mr. J. W. Pless* for petitioner. *Mr. A. Hall Johnston* for respondent.

No. 483. UNION TOOL COMPANY *v.* ELIHU C. WILSON. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. S. Gregory* and *Mr. Frederick S. Lyon* for petitioner. *Mr. D. P. Wolhaupter* for respondent.

No. 484. UNION TOOL COMPANY ET AL. *v.* WILSON & WILLARD MANUFACTURING COMPANY. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. S. Gregory* and *Mr. Frederick S. Lyon* for petitioners. *Mr. D. P. Wolhaupter* for respondent.

No. 488. NEW YORK CENTRAL RAILROAD COMPANY *v.* WILLIAM P. GALLAGHER, AS GUARDIAN OF ANNA L. GEARRITY, ET AL. October 21, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New